UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER SURLES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:23-cv-00724-ACA-JHE |
| | ) |
| **MR. BELL,** | ) |
| | ) |
| **Defendant.** | ) |

# MEMORANDUM OPINION

Plaintiff Christopher Surles has filed a *pro se* complaint seeking monetary damages and injunctive relief under 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 1). The magistrate judge entered a report on March 29, 2024, recommending the court dismiss this action under 28 U.S.C. § 1915A(b)(1) as frivolous and for failing to state a claim upon which relief may be granted. (Doc. 11). Although the magistrate judge advised Mr. Surles of his right to file written objections within fourteen days, the court has not received any objections.

Mr. Surles's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings, the court agrees with the proposed recommendation. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C.

2

§ 1915A(b)(1), the court **WILL DISMISS** this action **WITHOUT PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this April 24, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE